UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN WILLIAMS,<br><br>                    Plaintiff,<br><br>       v.<br><br>CLIFF ALLENBY, et al.,<br><br>                    Defendants. | 1:15-cv-01189-SKO (PC)<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 2) |

Plaintiff Christian Williams, a civil detainee proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 17, 2015; and the case was transferred to this court on July 31, 2015.  Plaintiff seeks leave to proceed in forma pauperis.  Good cause having been shown, Plaintiff's motion to proceed in forma pauperis is HEREBY GRANTED, *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000), and Plaintiff's complaint will be screened in due course, 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS SO ORDERED.

   Dated:   **July 31, 2015**                              **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE

1