UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>AUDREY KING, et al.,<br><br>Defendants. | CASE NO. 1:15-cv-01189-LJO-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (ECF NO. 14) AND**<br><br>**(1) DISMISSING COMPLAINT FOR FAILURE TO STATE A CLAIM,**<br><br>**(2) DIRECTING CLERK'S OFFICE TO SEND HABEAS PETITION FORM, AND**<br><br>**(3) DIRECTING PLAINTIFF TO FILE HABEAS PETITION OR NOTICE OF VOLUNTARY DISMISSAL**<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff has filed this civil rights action pursuant to 42 U.S.C. § 1983 and a motion to proceed in forma pauperis. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On October 19, 2015, the Magistrate Judge issued findings and recommendations to dismiss the complaint for failure to state a claim, direct the Clerk's office to send Plaintiff a habeas petition form, and direct Plaintiff to file a habeas petition or notice of voluntary dismissal. No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has

conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court ADOPTS the findings and recommendations, filed on October 19, 2015 (ECF No. 14), in full;
2. The complaint is dismissed; and
3. The Clerk of Court is directed to send Plaintiff a habeas petition form; and
4. Plaintiff is required to file a habeas petition or a notice of voluntary dismissal within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated: **November 13, 2015**     /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE