1
2
3
4
5
6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN WILLIAMS,<br><br>            Plaintiff,<br><br>    v.<br><br>AUDREY KING, et al.,<br><br>            Defendants. | CASE NO. 1:15-cv-01189-LJO-MJS (PC)<br><br>**ORDER DISMISSING THIS ACTION**<br><br>**(ECF No. 16)**<br><br>**CLERK TO CLOSE CASE** |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 16, 2015, Plaintiff's complaint was dismissed for failure to state a claim. (ECF No. 15.) On that same day, Plaintiff filed a notice of voluntary dismissal. (ECF No. 16.)

Accordingly, it is HEREBY ORDERED that this action is dismissed. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 19, 2015**            **/s/ Lawrence J. O'Neill**
                                                                       UNITED STATES DISTRICT JUDGE